IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | No. | 3:17-cr-00124-3 |
| v. | ) | | |
| | ) | | Chief Judge Crenshaw |
| | ) | | |
| BRANDON DURELL HARDISON | ) | | |

## GOVERNMENT'S MOTION TO WITHDRAW MOTION IN LIMINE TO ADMIT STATEMENTS OF JOSHUA HENRY PURSUANT TO FEDERAL RULES OF EVIDENCE 104 AND 804(B)(6) (Doc. # 1882)

The United States of America, by and through the Acting United States Attorney for the Middle District of Tennessee, and the Chief of the Organized Crime and Gang Section, U.S. Department of Justice, after further consideration, respectfully moves to withdraw its Motion in Limine to Admit Statements of Joshua Henry Pursuant to Federal Rules of Evidence 104 and 804(B)(6) (Doc. # 1882).

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney

By: /s/ Ben Schrader
BEN SCHRADER
Assistant United States Attorney
Middle District of Tennessee

DAVID L. JAFFE
Chief, Organized Crime & Gang Section
U.S. Department of Justice

By: /s/ Gerald A.A. Collins
GERALD A.A. COLLINS
Trial Attorney
U.S. Department of Justice

Dated: October 5, 2021

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 5, 2021, I sent a copy of the foregoing via the Court's electronic filing system to counsel for the defendant.

                    *s/ Ben Schrader*
                    BEN SCHRADER
                    Assistant United States Attorney