IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) No. 3:17-cr-00124-3 |
| v. | ) | |
| | ) Chief Judge Crenshaw |
| | ) | |
| BRANDON HARDISON | ) | |

### GOVERNMENT'S NOTICE REGARDING ADDITIONAL SECURITY PROCEDURES AT OCTOBER 12, 2021 EVIDENTIARY HEARING

The United States of America, by and through its attorney, the Acting United States Attorney for the Middle District of Tennessee, and the U.S. Department of Justice, Organized Crime and Gang Section, respectfully requests that the Court impose the following additional security procedures at the evidentiary hearing in the above-referenced case that is scheduled for October 12, 2021. First, the government requests that the Court require any spectators to surrender their cell phones and/or any recording devices to court personnel outside the courtroom, and that spectators not be permitted to bring any such devices into the courtroom during the hearing. Second, the government requests that the Court order the defendant not to disclose the names or any identifying information about the witnesses appearing at that hearing to anyone. Lastly, the government requests that the Court afford any testifying witnesses time to exit the courtroom area before any spectators are permitted to leave, to avoid the potential harassment or intimidation of any such witnesses.

Respectfully submitted,

MARY JANE STEWART
United States Attorney

By: */s/ Ben Schrader*

BEN SCHRADER
Assistant United States Attorney
Middle District of Tennessee


DAVID L. JAFFE
Chief, Organized Crime and Gang Section
Criminal Division
U.S. Department of Justice


By:   */s/ Gerald A.A. Collins*
GERALD A.A. COLLINS
Trial Attorney, Organized Crime and Gang Section


Dated:        October 8, 2021

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, I electronically served one copy of the United States' Notice Regarding Additional Security Procedures with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for the defendant.

*/s/ Ben Schrader*
BEN SCHRADER
Assistant United States Attorney