# Melissa Seay

| | |
|---|---|
| **From:** | King, Denny (USMS) <Denny.King@usdoj.gov> |
| **Sent:** | Tuesday, October 12, 2021 5:02 PM |
| **To:** | Waverly Crenshaw; Vicki Kinkade |
| **Cc:** | Shell, John (USMS); Withers, Philip (USMS); Wehby, Luke (USMS) |
| **Subject:** | Case 3:17-cr-00124 Document 1916, Page 4 0f 9 Page ID #: 23750 |

**CAUTION - EXTERNAL:**

Your Honor,

**RE: Order Filed on 09/30/2021 in Case 3:17-cr-00124 Document 1916, Page 4 0f 9 Page ID #: 23750**

This is to certify, on October 4, 2021, I addressed items listed on Page 4 under Paragraph 7 subtopic D, E, and F, with my staff.

Respectfully,

Denny

**Denny W. King**
**United States Marshal**
**Middle District of Tennessee**
110 9th Avenue South
Suite A750
Nashville, TN  37203

(615) 736-5417 Office
615-417-0742 Cell

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1
Case 3:17-cr-00124    Document 1967    Filed 10/12/21    Page 1 of 1 PageID #: 24315