Case No. 23-5021

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee Cross-Appellant

v.

BRANDON DURELL HARDISON

    Defendant - Appellant Cross-Appellee

Upon consideration of the Plaintiff -Appellee Cross Appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED,** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: September 18, 2023

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 18, 2023

Mr. Michael A. Rotker
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Re: Case No. 23-5021, *USA v. Brandon Hardison*
Originating Case No. : 3:17-cr-00124-3

Dear Counsel,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Mr. Luke Austin Evans
Ms. Lynda M. Hill
Mr. John Benjamin Schrader
Mr. Cecil Woods VanDevender

Enclosure

No mandate to issue